MARK BUCAREY v. HOLLOWAY HUNT.

September 24, 1984.

Petition for certification denied.

WATERFRONT COMMISSION OF NEW YORK HARBOR v.
MERCEDES BENZ OF NORTH AMERICA, INC.

September 24, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. HERMAN MORRISON.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN BRAY.

September 24, 1984.

Petition for certification denied.